IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES A. LUCAS,

    Plaintiff,

v.               CIVIL ACTION NO. 2:17-cv-01007

TERESA GREGORY, et al.,

    Defendants.

ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendation for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On August 21, 2018, Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 4] ("PF&R"), recommending the court dismiss the plaintiff's Complaint [ECF No. 1] for failure to state a claim upon which relief can be granted. No objections to Judge Tinsley's PF&R have been filed.

  Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. The court **DISMISSES** the plaintiff's Complaint for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A.

  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the United States Magistrate Judge.

ENTER: October 17, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE