IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES A. LUCAS,

           Plaintiff,

v.                                                         CIVIL ACTION NO. 2:17-cv-01007

TERESA GREGORY, et al.,

           Defendants.

# ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendation for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On August 21, 2018, Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 4] ("PF&R"), recommending the court dismiss this matter for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A. On September 6, 2018, the plaintiff timely submitted his objections to the PF&R [ECF No. 8].

The court again notes that the plaintiff is a prolific filer in this court and that his filings have been almost uniformly frivolous. Nonetheless, the court has reviewed the plaintiff's objections to the Magistrate Judge's PF&R and finds his objections lack merit.

Accordingly, the court **OVERRULES** the plaintiff's objections [ECF No. 8], **ADOPTS** the PF&R [ECF No. 4] in full, and **DISMISSES with prejudice** the plaintiff's Complaint [ECF No. 1] for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: October 22, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE